UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CESAR S. ARCHANGEL, M.D., )<br>)<br>Defendants. )<br>)<br>) | 4:05-cv-060-JDT-WGH |

**ORDER AUTHORIZING DISMISSAL**

The court has been advised by counsel that a settlement has been reached in this matter. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated.

IT IS ORDERED that within thirty (30) days of this date, counsel for the Plaintiff shall file a motion to dismiss this cause or a stipulation of dismissal and submit an order for the Court's signature ordering the dismissal of this action (in conformance with the agreement of the parties). Failure to comply with this order will result in DISMISSAL WITH PREJUDICE pursuant to Rule 41(b), Fed.R.Civ.P. for failure to prosecute this action in a timely manner. Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

ALL OF WHICH IS ORDERED this 11th day of October 2005.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Erin R. Lewis
United States Attorney's Office
erin.lewis@usdoj.gov

Shelese M. Woods
United States Attorney's Office
shelese.woods@usdoj.gov

Joh T. Byrd
Koehler & Byrd
jbyrdatty@600westmain.com