UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.4:05-cv-0060-JDT-WGH |
| CESAR S. ARCHANGEL, | ) ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH PREJUDICE.

Respectfully Submitted,

SUSAN W. BROOKS
United States Attorney

By: */s/ Erin R. Lewis*
Erin R. Lewis
Assistant United States Attorney
Counsel for the United States